UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLIFFORD E. CASE,

       Plaintiff,

v.                                                                                                   Case No: 5:12-cv-565-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's appeal of an administrative decision by the Commissioner of Social Security. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 25) and there being no objections filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED and ADOPTED. The decision of the Commissioner is AFFIRMED. Clerk of the Court is directed to issue a judgment consistent with this Order and CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this 20 day of February, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record